To. District courts of the United States
The District of Texas, etc., Court at Law
And all applicable Successors

P17 CV 57
RECEIVED
DEC 27 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____

From. Jose Luis Belloc Hernandez, People the Complainant
Third Party Intervenor/Real Injured Party, Party of Interest
F.B.O.P./U.S.M.S. # 46 287 180
Reeves County Detention Center 3    December 26, 2017
P.O. Box 2038  Pecos, Texas 79772

FILED
DEC 27 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Complaint No. _____

Pleading: Writ/Affidavit/Complaint sworn, Signed, Sealed;
Criminal/Civil Cases No. 4:13-cr-00436-RAJ & 4:04-cr-00143-RAJ
Court of Immigration criminal/Civil Case No.: A 012 688 840
Immigration Naturalization Service Alien No.: A 012 688 840
For A TRANSFER To the u-nited States Republic, From UNITED STATES
Pro se; without Prejudice/Recourse; with/In Full Faith
and Credit (Solvent); credit using my Exempt From Levy Account;
Pleading the 1st, 4th, 5th, 6th, 8th, 9th, 10th, 11th, 13th and 14th Amendments;
Notice of Prisons conditions suffering on-going HARM not
included to sentences, sentences executed by De Facto
Governments/Corporations/Agents/People committing with
Abuse of Process/Obstruction of Justice and Bad moral
and Professional character, etc. For the Matter/Case/Cause of:

UNITED STATES OF AMERICA, Plaintiff/AGENCY, Agent People
Versus JOSE LUIS BELLOC-HERNANDEZ, Defendant/Alien, etc.